**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ERIC WARE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:20-cv-01065-AGF |
| ) | |
| ST. LOUIS CITY JUSTICE CENTER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of plaintiff Eric Ware for an extension of time in which to amend his complaint. (Docket No. 9). On August 24, 2020, the Court directed plaintiff to file an amended complaint within thirty days. (Docket No. 4). In his motion, plaintiff states that he did not receive the Court's order of August 24, 2020, or the copy of the prisoner civil rights form that was sent to him. He further states that he was just released off of a two-week isolation period due to a COVID-19 screen. During this time, he was unable to receive mail.

Good cause being shown, the Court finds that the motion should be granted. Plaintiff will be given thirty days from the date of this order in which to file an amended complaint on a Court form, pursuant to the instructions set forth in the Court's order of August 24, 2020. The Clerk of Court will be directed to send to plaintiff a copy of the Court's prisoner civil rights form, as well as a copy of the Court's order of August 24, 2020. Plaintiff is advised that failure to comply with this order within thirty days will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for an extension of time in which to file an amended complaint (Docket No. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send to plaintiff a copy of the Court's prisoner civil rights complaint form.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send to plaintiff a copy of the Court's order of August 24, 2020 (Docket No. 4).

**IT IS FURTHER ORDERED** that plaintiff shall file an amended complaint on the Court-form within **thirty (30) days** of the date of this order, pursuant to the instructions set forth in the Court's order of August 24, 2020.

**IT IS FURTHER ORDERED** that if plaintiff does not file an amended complaint on the Court-form within **thirty (30) days**, this action will be dismissed without prejudice and without further notice.

**IT IS FURTHER ORDERED** that upon receipt of plaintiff's amended complaint, the Court will review it pursuant to 28 U.S.C. § 1915.

Dated this 16th day of September, 2020.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE